## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | **CRIMINAL DOCKET** |
| v. | § | **CASE NO. 3:25-CR-421-B** |
| | § | |
| JOEL IPINA | § | |

### DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given pursuant to Rule 3 of the Federal Rules of Appellate Procedure that **JOEL IPINA**, Defendant in the above-styled case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 21st day of May 2026.

Dated:  May 22, 2026

/s/ *Andrenette Sullivan*
Andrenette Sullivan
Assistant Federal Public Defender
Northern District of Texas
Florida Bar # 0121687
525 Griffin Street, Suite 629
Dallas, Texas 75202
Tel:  (214) 767-2746
Fax:  (214)767-2886
Andrenette_sullivan@fd.org

### CERTIFICATE OF SERVICE

I certify that on May 22, 2026, a copy of the foregoing was filed through the Electronic Case Filing ("ECF) System.  Pursuant to Rule 9 of Miscellaneous Order No. 60, this constitutes service of this document to the United States Attorney for the Northern District of Texas, who is an ECF user.

/s/ *Andrenette Sullivan*
Andrenette Sullivan
Assistant Federal Public Defender